THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR23-172-KKE |
| Plaintiff, | |
| v. | ORDER TO SEAL EXHIBIT 4 |
| FRANCISCO CAPADO-GONZALEZ, | |
| Defendant. | |

THE COURT has considered Francisco Capado-Gonzalez's motion to seal exhibit 4 to his sentencing memorandum and finds there are compelling reasons to file the document under seal.

IT IS ORDERED that exhibit 4 to Mr. Capado-Gonzalez's sentencing memorandum be filed under seal.

DONE this 13th day of December, 2024.

*[signature: Kymberly K. Evanson]*

Kymberly K. Evanson
United States District Judge

Presented by:

s/ *Gregory Geist*
Assistant Federal Public Defender
Attorney for Francisco Capado-Gonzalez

ORDER TO SEAL EXHIBIT
(*United States v. Capado-Gonzalez*, CR23-172-KKE) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100